UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL RICHARDSON,

    Plaintiff,                  CASE NO.:   8:18-cv-2867-MSS-TGW

v.

ATLANTIC RECOVERY
SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, **MICHAEL RICHARDSON** ("Plaintiff"), by and through the undersigned counsel, and hereby pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) notifies this Court that Plaintiff's cause against Defendant, **ATLANTIC RECOVERY SOLUTIONS, LLC**, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **February 13, 2019**,

                                           */s/  Kaelyn Steinkraus*
                                           Kaelyn Steinkraus, Esq.
                                           Florida Bar No. 125132
                                           kaelyn@zieglerlawoffice.com

                                           Michael A. Ziegler, Esq.
                                           Florida Bar No. 74864
                                           mike@zieglerlawoffice.com

                                           Law Office of Michael A. Ziegler, P.L.
                                           2561 Nursery Road, Ste. A
                                           Clearwater, FL 33764
                                           (p)  (727) 538-4188
                                           (f)  (727) 362-4778
                                           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **13** day of **February, 2019**, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, and sent via standard mail to the below address for Defendant because no attorney has appeared to date:

Atlantic Recovery Solutions, LLC
c/o Registered Agents, Inc., as Registered Agent for Defendant
3030 N. Rocky Point Drive, Ste. 150A,
Tampa, FL 33604

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132