UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL RICHARDSON,**

    Plaintiff,

v.                                                              Case No: 8:18-cv-2867-T-35TGW

**ATLANTIC RECOVERY SOLUTIONS, LLC,**

    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal With Prejudice, (Dkt. 11), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 13th day of February, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party